UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)  www.flsb.uscourts.gov

☒ First_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Brian K. McDonald   JOINT DEBTOR: Martha L. McDonald   CASE NO.: 10-28004-RBR
Last Four Digits of SS# 7487   Last Four Digits of SS# 5042

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $709.88 for months 1 to 60;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,500.00  TOTAL PAID $1,500.00
Balance Due $2,000.00  payable $500/month (Months 1 to 4)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
Account No: _____
Arrearage on Petition Date $_____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)

2. _____
Address: _____
Account No: _____
Arrearage on Petition Date $_____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)

3. _____
Address: _____
Account No: _____
Arrearage on Petition Date $_____
Arrears Payment $_____ /month (Months _____ to _____)
Regular Payment $_____ /month (Months _____ to _____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Navy Federal Credit Union Acct No. 4214724700811 | $3,000.00 Mobile home | 5.25% | $56.96 | 1 To 60 | $3,417.60 |
| | $_____ | % | $_____ | _____ To _____ | |
| | $_____ | % | $_____ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____ Payable $_____ /month (Months _____ to _____) Regular Payment $_____
2. _____ Total Due $_____ Payable $_____ /month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $88.38 /month (Months 1 to 4) and Pay $588.38/month (Months 6 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: See attached other provisions.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____ (signature)
Date: 10-8-2010

Joint Debtor _____ (signature)
Date: 10/08/2010

LF-31 (rev. 08/01/06)

## ATTACHMENT TO FIRST AMENDED CHAPTER 13 PLAN

**Case No. 10-28004 RBR**

**Brian McDonald and Martha McDonald**

**Other Provisions:**

Debtors to retain the homestead property located at 3935 W. Hibiscus Street, Weston, FL 33332 and to make direct monthly payment on the first mortgage outside of the Chapter 13 Plan to Bank of America and/or it's successor in interest BAC Home Loan Servicing, Account No. 18241832.

Debtors to retain the 2007 Honda Odyssey and make direct monthly payments outside of the Chapter 13 Plan to American Honda Finance, Account No. 123771259.

Debtors to retain the 2008 GMC Yukon XL and make direct monthly payments outside of the Chapter 13 Plan to GMAC, Account No. 0089000092924.

Debtors to retain the 1976 Fleetwood Mobile Home. An Order has been entered Granting debtor's Motion to Value Personal Property to reduce the lien of Navy Federal Credit Union, Account No. 42147247200811.